U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 AUG 23 P 4: 14

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                          Case No. 03-cr-28-01-SM

William Costa

ORDER

Defendant's assented-to motion to continue the trial (document no. 8) is granted. Trial has been rescheduled for the January 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than August 31, 2005. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

Final Pretrial Conference: December 19, 2005 4:00 PM

Jury Selection: January 4, 2006 at 9:30 AM

SO ORDERED.

August 23, 2005

Steven J. McAuliffe
Chief Judge

cc: Mark Irish, Esq.
Bjorn Lange, Esq.
U. S. Probation
U. S. Marshal

2