UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

       v.                        Case No. 03-cr-28-01-SM

William Costa


O R D E R


      Defendant's assented-to motion to continue the trial (document no. 20) is granted in part, denied in part. This case has already been continued a number of times to accommodate the parties. Continuance is granted for 30 days. Trial has been rescheduled for the June 2006 trial period. No further continuance except upon a showing of unavoidable necessity (additional time to complete paperwork for transfer will not be a basis for further continuance). Defendant shall file a Waiver of Speedy Trial Rights not later than April 24, 2006. On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  June 13, 2006 at 3:00 PM

    Jury Selection:  June 20, 2006 at 9:30 AM

    SO ORDERED.

April 18, 2006

                                            Steven J. McAuliffe
                                            Chief Judge

cc:  Mark Irish, Esq.
      Jonathan Saxe, Esq.
      U. S. Probation
      U. S. Marshal